STATE OF FLORIDA
IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA
CIVIL LAW DIVISION

ROY A. DAY,
    Plaintiff

VS.                                              C.A. No.

DONALD J. TRUMP,
GEORGE ERVIN PERDUE, III,
    Defendants

COMPLAINT

COMES NOW, ROY A. DAY, Plaintiff, complaining of Defendants, and for cause of action would show unto the Court the following:

**1.** Plaintiff, ROY A. DAY, is a citizen of the United States of America and a resident of the State of Florida.

**2.** Defendant Donald J. Trump (hereafter, Defendant "DJT") now is, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as the President of the United States.

**3.** Defendant George Ervin Perdue, III, (hereafter, Defendant "GP)" now is, and at all times herein mentioned was, duly appointed, and employed, and acting as Secretary of Agriculture for the United States of America. Each and all of the acts of Defendant "GP" set forth herein were done by him acting individually and in concert, under the pretense of the

statutes, ordinances, regulations, customs, and usages of the United States, and by virtue of, and under the authority of, his office as Secretary of Agriculture.

**4.** In effecting the unlawful conduct complained of hereinafter, the aforesaid Defendants acted in concert and conspiracy with other persons or individuals, whose names and identities are not at this time known to Plaintiff, which said persons are hereafter referred to as agents and servants and co-conspirators and employees of the United States.

**5.** This is an action for declaratory judgment pursuant to Florida's Declaratory Judgment statutes, for the purpose of determining a question of actual controversy between the parties as hereinafter more fully appears, specifically, the constitutionality pertaining to the acts of Defendants against Plaintiff.

**6.** Plaintiff sent a letter to Defendants pursuant to the COVID-19 issue as related to the "food chain" in the United States (See Exhibit "1" attached hereto and by reference incorporated herein), specifically, a "secure" "food chain" is presently "compromised" in the United States, and the various States, with "microbial, infectious diseases" being transmitted on "returned" "food items" (perishable, and non-perishable). Defendants refused and continued to refuse to timely entertain the aforesaid Exhibit "1" and to notify Plaintiff of the action taken to secure the "food chain" in the United States so NO "microbial, infectious diseases," including but not limited to, COVID-19, would be transmitted in the "food chain." NOTE: Ninety Percent (90%) of "microbial, infectious diseases" are transmitted via the "food chain," and NOT via "hand mode," or "airborne" mode. A citizen can wash their hands <u>one thousand times per day</u>, and where a <u>mask three hundred sixty-five days a year and twenty-four hours a day</u>, but will not be protected from COVID-19, or any other "microbial, infectious disease" since the transmission will most likely be via a "food chain" transmission.

**7.**   To secure the "food chain," as stated in the attached Exhibit '1," Plaintiff requested that NO FOOD item be returned to the food vendor once the "food" item has been bought and sold! A food vendor has NO KNOWLEDGE where the food item has been stored, or placed, or used, or ... (it is a nightmare to think food items citizens are purchasing have been returned to a food vendor and replaced on the shelf to be sold again).

Know before you GO! $^{sm1}$
If you do not KNOW,
Do not GO!

As reflected in the aforesaid "service mark," if a citizen does not know what "food" item the citizens needs or wants, then the citizen should not go to a food vendor. When a citizen knows what food item the citizen needs and wants, then the citizen should go to the "food" vendor. <u>NO FOOD ITEM CAN BE RETURNED TO A FOOD VENDOR TO PREVENT THE FOOD CHAIN FROM BEING "COMPROMISED</u>."

**8.**   Further, "consumer products" (not food products) that have been bought at a retail outlet/vendor, should not be returned to the retail outlet, and/or vendor, but returned to the "manufacturer" to have the item "**sanitized**" before the item is provided to another citizen. This procedure will prevent the transmission of "microbial, infectious diseases" between citizens, specifically, "cross-contamination."

**9.**   With no response from Defendants, and with NO action taken on the "food chain" being placed in a secure and uncompromised mode as reflected in the attached Exhibit "1," constitutes a violation of Plaintiff's right of due process and equal protection of the law, violating the Fifth Amendment to the Constitution of the United States, and deprived

---

[1] **Service Mark – Know Before You Go!**
( Page 3 of 7 ) (SEPTEMBER 21, 2020 )   ( DOC: COMPLAINT: ROY A. DAY VS. DONALD J. TRUMP )

Plaintiff of the following rights, privileges and immunities secured to Plaintiff, by the Constitution and Laws of the United States:

A. The right of Plaintiff not to be deprived of life, liberty or property without due process of law and the right to equal protection of the law, secured by the Fifth Amendment to the Constitution of the United States.

**10.** In doing the acts and things above complained of, Defendants, and Defendants' agents and servants and co-conspirators, were engaged in mode of operation designed and intended to deny and deprive Plaintiff of rights guaranteed to Plaintiff under the Constitution and Laws of the United States, as hereinabove enumerated, specifically, Plaintiff, and the citizens of this Nation, and the various States, are being subjected to needless and unnecessary "microbial, infectious diseases" with a citizen being "deprived of life and liberty" – **DEATH** becomes the denouement!

**11.**. Plaintiff has been denied due process and equal protection of the law due to the "inaction" that has generated a unsecure and compromised "food chain." A secure and uncompromised food chain should have been implemented as requested in Plaintiff's Exhibit "1" to prevent Plaintiff from being subjected to "microbial, infectious diseases," including but not limited to, COVID-19, a future COVID-20, and COVID-21, etc.

**12.** The irreparable harm done by the Defendants to deny Plaintiff due process and equal protection of the law, in direct violation of Plaintiff's rights secured by the Constitution and Laws of the United States, since Defendants' course of illegal conduct against Plaintiff resulted in Defendants creating an "unsecure" "food chain" in the United States that promotes the transmission of "microbial, infectious diseases," and subsequently, attempting to deny Plaintiff the right to due process and equal protection of the law, has resulted in Plaintiff being denied a secure "food chain."  No adequate remedy exists at law for redress of those deprivations, which continue to occur and will occur in the future unless the court declares Defendants' action violating Plaintiff's rights.

**13.** Due to the aforesaid facts, supra, <u>no other adequate remedy</u> exists at law for redress of the course of illegal conduct by Defendants, and Defendants' agents and servants and co-conspirators, against Plaintiff, and which continue to occur and will occur in the future, unless this court permits Plaintiff to have <u>immediate</u> "ACCESS" to this Court to obtain relief from Defendants, and Defendants' agents and servants and co-conspirators, with the overlay to have this Court issue an order directing Defendants to immediately issue an executive directive that secures the "food chain" by preventing "food items" (perishable and non-perishable) from being returned to food vendors once the food item has been bought and sold.

**14.** Associated documents that refer, relate, pertain, or mention the facts and issues for the instant Complaint are reflected in Plaintiff's First Notice of Filing (and the attached Exhibits "1" and "2" and "3" and "4"). Pursuant to judicial economy, Plaintiff repeats and realleges Plaintiff's First Notice of Filing as if expressly stated herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, demands that the following relief be granted:

a. Declare that Defendants have violated Plaintiff's Fifth Amendment rights by refusing and continuing to implement a policy that secures the "food chain" by denying Plaintiff, and the citizens of this Nation, and the various States, the right to prevent food items (perishable, and nonperishable) from being returned that have been bought and sold, by denying Plaintiff his basic rights and Constitutional rights, including due process and equal protection of the law; declare that "consumer products" (not food items) that have been bought and sold to a citizen of this Nation, and the various States, are to be returned to the manufacture for "sanitizing" before the "consumer product" is returned to the retail outlet/vendor.

d.  Awarding Plaintiff cost and reasonable attorneys' fees ("litigating fees") or, in the alternative, time and money spent to prepare, file and present this lawsuit for the reasonable costs and expenses of this action, and in the event of appeal to the United States Court of Appeals and the Supreme Court of the United States, Plaintiff have and recover additional attorneys' fees and reasonable cost and expense of that action.

e. Granting Plaintiff such other and further relief as may be just.

## NO REQUEST FOR A TRIAL BY JURY

Plaintiff, Roy A. Day in the above-entitled and numbered matter does NOT request a trial by jury of all issues so triable in said matter, but a request a trial by judge, on the grounds that it is entitled to such trial by virtue of having complied with all requisites of the Florida Rules of Civil Procedures, and there exists in this case an adequate and complete remedy at law.

Respectfully submitted,

/s/  Roy A. Day

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA          34688-0033


 /s/ Roy A. Day    (I.D. NO. ???-??-2452)

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA            34688-0033
TELEPHONE: 727-6428636
EMAIL: royaday@hotmail.com
Citizen-Attorney for Plaintiff Roy A. Day

NOTE: Filed electronically: Florida Court E-Filing Portal

**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA            34688-0033
------------------------------------------------------------------------------------------------------
**VOICE**: (PRIMARY: 727-6428636)
------------------------------------------------------------------------------------------------------
**FAX, and VOICE**: 206-4951708
------------------------------------------------------------------------------------------------------
**MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636**
------------------------------------------------------------------------------------------------------
**EMAIL ADDRESS and MOBILE Pocket PC address**:    royaday@hotmail.com
------------------------------------------------------------------------------------------------------


**EXHIBITS - INDEX**:

See EXHIBIT "1" – Letter to Defendant Trump.

See EXHIBIT "2" – Notice to Sue.